OPINION — AG — **** SCHOOL DISTRICT — EXPENDING FUNDS DURING PROTEST PERIOD **** A SCHOOL DISTRICT MAY EXPEND FUNDS FOR CAPITAL OUTLAY ITEMS DURING THE FORTY DAY PROTEST PERIOD PROVIDED BY 68 O.S. 1969 Supp., 24103 [68-24103], IF SUCH ITEMS CAN BE INCLUDED WITHIN THE ENUMERATED ITEMS IN 68 O.S. 1969 Supp., 24112 [68-24112] CITE: 68 O.S. 1969 Supp., 2490 [68-2490], 68 O.S. 1969 Supp., 24112 [68-24112] (GARY F. GLASGOW)